■ The People of the State of New York, Respondent, v Jamaill Spencer, Appellant. [767 NYS2d 878]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered June 21, 2001, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to disprove the defendant's defense of justification beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). S. Miller, J.P., Goldstein, Adams and Crane, JJ., concur.

■ The People of the State of New York, Respondent, v Confesor Tamarez, Appellant. [767 NYS2d 878]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered January 30, 2002, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Altman, J.P., S. Miller, McGinity, Adams and Mastro, JJ., concur.